THE BOWERY SAVINGS BANK, Respondent, *v.* JANET W. NIRENSTEIN et al., Appellants, Impleaded with Others.

(Submitted May 27, 1935; decided June 4, 1935.)

*Sydney Bernheim* for motion.
*Harris Jay Griston* opposed.

Motion denied, with ten dollars costs.